IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DR. MONA MAHAR )
)
v. ) No. 3:16-2486
)
MEHARRY MEDICAL COLLEGE )
and DR. MEDHAT KALLINY )

O R D E R

As discussed by the Court with counsel at the Initial Case Management Conference on December 13, 2016, and memorialized in the Initial Case Management Order entered December 19, 2016 (Docket Entry No. 12), the parties were to make a first attempt at case resolution by informal settlement discussion, and by no later than January 6, 2017, Plaintiff was to make a settlement proposal, which was to be responded to by Defendants by no later than January 20, 2017. Following that the parties were directed to file a joint case resolution status report by no later than March 10, 2017. See Docket Entry No. 12, ¶ J.

To date no report has been filed. Therefore, by no later than **April 3, 2017**, the parties shall file their joint report reflecting that the parties made a good faith attempt at case resolution, detailing the parties' proposed second attempt at case resolution, and stating whether the parties believe that any of the ADR options available in Local Rule 16.02 through 16.07 might assist them in resolution of the case. If a judicial settlement conference is requested, the parties shall also state (i) the reasons why mediation is not feasible; (ii) their proposed timing for scheduling of the settlement conference; and (iii) any preference of a particular Magistrate Judge to conduct the settlement conference (which may include Magistrate Judge Bryant, who has been recalled on a limited availability to conduct settlement conferences.)

Finally, the parties are reminded of the Court's expectation that they will make at least two independent attempts at resolution of this case, as provided for in the Initial Case Management

Order. As is apparent from the Order, the Court monitors the parties' compliance with the case resolution plan and will take action as needed.

It is so ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge